[No. 20220-8-III.   Division Three.   February 4, 2003.]

CARY LODGE PARTNERSHIP, *Respondent*, v. DAN G. VERHAAG, SR., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 00-2-00023-6, Philip W. Borst, J., entered May 15, 2001. *Remanded* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 20344-1-III.   Division Three.   February 4, 2003.]

*In the Matter of the Marriage of* DENNIS P. LINGG, *Appellant*, and VERONICA LINGG, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-3-01310-5, Linda G. Tompkins, J., entered June 28, 2001. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20725-1-III.   Division Three.   February 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO SERENO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 01-1-00061-3, Robert L. Zagelow, J., entered November 13, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 20747-1-III.   Division Three.   February 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA ANN BUDDE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00151-1, Robert G. Swisher, J., entered December 21, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.